THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD ECOCK, Appellant

The defendant's claims of error with respect to the court's justification charge and supplemental charge are unpreserved for appellate review as a matter of law *(see,* CPL 470.05 [2]; *People v Thomas,* 50 NY2d 467, 471), and are, in any event, without merit *(see, People v Goetz,* 68 NY2d 96; *People v Almodovar,* 62 NY2d 126, 131-132). Any prejudice arising from the single instance of improper questioning by the prosecutor was, in this instance, negated by the court's prompt curative instruction *(see, People v Santiago,* 52 NY2d 865; *People v Heppard,* 121 AD2d 466; *People v Davis,* 108 AD2d 924).

Finally, the sentence and amended sentence imposed evince neither an abuse of discretion nor a failure to observe sentencing principles on the part of the sentencing Judge *(see, People v Suitte,* 90 AD2d 80, 86-87). Lazer, J. P., Niehoff, Lawrence and Kooper, JJ., concur.